UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Nancy I. Alicea

Case No.: 19-26670
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

___Brian S. Thomas___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___12/17/19___ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
6310 Lexington Avenue
Pennsauken, NJ
Value $153,064.00

Liens on property:
Midland Mortgage
$170,092.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-26670-ABA
Nancy I. Alicea                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Nov 14, 2019
                               Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
```
db              +Nancy I. Alicea,    6310 Lexington Avenue,    Pennsauken, NJ 08109-4716
cr              +Santander Consumer USA Inc., dba Chrysler Capital,    c/o Stewart, Zlimen & Jungers, Ltd.,
                  2860 Patton Rd.,    Roseville, MN 55113-1100
518434520       +Barclays Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
518434523       +Chrysler Capital,    P.O. Box 961245,    Fort Worth, TX 76161-0244
518434524        City Select Auto Sales,    4375A Route 130 S,    Burlington, NJ 08016-2249
518434528       +Financial Recoveries,    200 E. Park Dr., Suite 100,    Mount Laurel, NJ 08054-1297
518434529       +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
518434531       +IC System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
518434534       +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:44     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518434522        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 00:28:01      Capital One Bank,
                  15000 Capital One Drive,    Richmond, VA 23238
518434521       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 15 2019 00:25:25
                  Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
518434525       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 00:20:23      Comenity Bank,
                  PO Box 182789,    Columbus, OH 43218-2789
518434526       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 00:28:11      Credit One Bank,
                  P.O. BOX 98875,    Las Vegas, NV 89193-8875
518434527       +E-mail/Text: mrdiscen@discover.com Nov 15 2019 00:19:37      Discover Fin Svcs LLC,
                  P.O. Box 15316,    Wilmington, DE 19850-5316
518434530       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 15 2019 00:21:14      Gettington,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518434533       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 00:25:24      LVNV Funding, LLC,
                  P.O. Box 1269,    Greenville, SC 29602-1269
518434532       +E-mail/Text: bk@lendingclub.com Nov 15 2019 00:21:10      Lending Club Corporation,
                  71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
518434535        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:28:08
                  Portfolio Recovery Associates,    150 Corporate Blvd,    Norfolk, VA 23502
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
```
              Andrew T. Cupit    on behalf of Debtor Nancy I. Alicea atcupit@cupitlaw.com
              Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```