Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19−26670−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy I. Alicea
   6310 Lexington Avenue
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−7160

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 20, 2019        Andrew B. Altenburg Jr.
                                              Judge, United States Bankruptcy Court